# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Roderick Jerome English,
*Plaintiff*

v.   Civil Action No.   1:16-cv-00166-JFA

Tonja Alexander, Case Manager; Yonne Wilkin Smith, Alw Programs; Shirley Singleton, Counselor; Lever Cohen; Christy Jinks, Mental Health Counselor; Virginia Robinson, Mail Officer, Valerie Jackson, DHO Officer,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Roderick Jerome English, shall take nothing of the defendants, Tonja Alexander; Yonne Wilkin Smith; Shirley Singleton; Lever Cohen; Christy Jinks; Virginia Robinson; Valerie Jackson, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:  March 29, 2016   *ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*